Chief Justice CASTILLE, Justices SAYLOR, EAKIN, BAER, TODD and STEVENS join the opinion.

Dana E. YOUNG, Sr., Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 27, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May 2014, the Order of the Commonwealth Court is **AFFIRMED.**